*In re:*

*Rules of the*
*Supreme Court*

ORDER

San Juan, Puerto Rico, June 30, 1967

Pursuant to the provisions of Rule 3 (a) of the Rules of this Court regarding the organization of the Court in Divisions and the composition of the latter, the constitution of the First and Second Divisions, as designated by the Order of January 3, 1967, is hereby postponed until June 30, 1968.

It was so decreed and signed.

(s) LUIS NEGRÓN FERNÁNDEZ

*Chief Justice*

I attest:

(s) JOAQUÍN BERRÍOS
*Secretary*